In re HO KEUNG TSE, Petitioner.

Misc. No. 168.

United States Court of Appeals, Federal Circuit.

Oct. 2, 2013.

Ho Keung Tse, Hong Kong, China, pro se.

Michael Allen Jacobs, Attorney, Morrison & Foerster LLP, San Francisco, CA, Douglas Ethan Lumish, Attorney, Latham & Watkins LLP, Menlo Park, CA, Frank L. Bernstein, Esq., Kenyon & Kenyon LLP, Palo Alto, CA, for Respondents.

**ON PETITION**

**ORDER**

Ho Keung Tse submits a petition for a writ of mandamus directing the United States District Court for the Northern District of California to (1) vacate its October 4, 2007 order staying the case pending reexamination of the patent in suit, (2) lift the stay and (3) reassign the case to a different district court judge.

Upon consideration thereof,

It is Ordered That:

Apple Inc., MusicMatch, Inc., and Sony Network Entertainment International

LLC are directed to respond no later than October 15, 2013.